DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA CARDINALLI-CAMPOS,**
Appellant,

v.

**RONALD PLAVNICKY,**
Appellee.

Nos. 4D16-3616 and 4D16-3617

[October 5, 2017]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Renee Goldberg, Judge; L.T. Case Nos. DVCE16-1239 and DVCE16-1240.

Melody Ridgley Fortunato of Fortunato & Associates, P.A., Fort Lauderdale, for appellant.

Mark Wilensky of Dubiner & Wilensky, L.L.C., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***